**UNITED STATES of America,
Appellee,**

v.

**David R. BOETTGER, Appellant.**

**No. 03–2543.**

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 5, 2003.

Decided Nov. 6, 2003.

Janice Marie Lipovsky, U.S. Attorney's Office, Lincoln, NE, for Plaintiff–Appellee.

David R. Boettger, Springfield, MO, pro se.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

David R. Boettger appeals the district court's * ruling on the government's Federal Rule of Criminal Procedure 35(b) motion to depart for substantial assistance. Boettger's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court should have departed further. We have no jurisdiction to review the extent of the district court's departure, *see United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir.1998) (per curiam), and based on our independent review under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

We thus dismiss this appeal, and grant defense counsel's motion to withdraw.

---

* The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.